No. 00–8115. MALDONADO v. HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8131. FERNANDEZ-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8132. FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8134. GORDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8137. GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8139. NOEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8145. CRUZ v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–8160. SHEPPARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8163. VANATTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8165. ZAMORA-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8166. WEBB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8168. ROSS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8172. DUDLEY v. UNITED STATES SENTENCING COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–8176. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8180. DODSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8181. HINTON, AKA BALDWIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.